570 A.2d 1322

**Ann Marie PRICE, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, CRIME VICTIM'S COMPENSATION BOARD.**

Supreme Court of Pennsylvania.

Argued March 6, 1990.

Decided March 21, 1990.

Mario P. Melucci, Judith Miller Maher, Pittsburgh, for appellant.

Judith Brown Schimmel, Bd. Counsel, Office of General Counsel, Crime Victim's Compensation Bd., Harrisburg, Amy Zapp, Deputy Atty. Gen., Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.